# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 3, 2003

Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** ILANA DIAMOND ROVNER, Circuit Judge

**Hon.** TERENCE T. EVANS, Circuit Judge

| | |
|---|---|
| JAMES HOSKINS,<br>    *Plaintiff-Appellant*,<br><br>**No.** 02-2814    **v.**<br><br>JOHN POELSTRA, *et al.*,<br>    *Defendants-Appellees*. | Appeal from the United States District Court for the Eastern District of Wisconsin.<br><br>No. 02-C-0581<br>C.N. Clevert, *Judge*. |

**Order**

The opinion of this court issued on February 28, 2003 is amended as follows:

Page 2, line 4, change "2H" to "2 1/2".